ADELE FIEDLER, Appellant, *v.* GEORGE FIEDLER, Respondent.

(Submitted December 11, 1933; decided December 12, 1933.)

*Robert Garlock* for motion.
*Ralph Weller* opposed.

Motion denied on filing return and undertaking within ten days; otherwise, granted and appeal dismissed.